IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

ANGELA CHANDLER,

    Plaintiff,

v.      Civil Action No. 1:17-cv-1346

NANCY A. BERRYHILL,
Acting Commissioner, Social
Security Administration,

    Defendant.

**ORDER**

In accordance with the accompanying Memorandum Opinion, it is hereby

ORDERED that Plaintiff's Objections are OVERRULED, Plaintiff's Motion for Summary Judgment is DENIED, and Defendant's Motion for Summary Judgment is GRANTED.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
September 11, 2018